IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CARLOS PRECIADO and
PATRICIA PRECIADO,

    Plaintiffs,

v.                                                          No. 15-cv-0626 RB/SMV

DANIEL HARTZOG,
GENE WILFERD, and
GENE WILFERD TRUCKING,

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiffs' counsel, James Hayes and Charles McElhinney, have failed to appear at a telephonic status conference scheduled for April 21, 2016 at 9:30 a.m., in accordance with the Court's Order Setting Telephonic Status Conference [Doc. 22]. For the reasons stated herein, Mr. Hayes and Mr. McElhinney are ordered to show cause why they should not be sanctioned for their failure to appear.

On November 24, 2015, the Court issued an Order Setting Telephonic Status Conference for April 21, 2016. [Doc. 22]. The Order directed counsel to call Judge Vidmar's Meet Me Line on April 21, 2016, at 9:30 a.m. The CM/ECF receipt indicates that the Order was delivered to Plaintiffs' counsel, Mr. Hayes and Mr. McElhinney, via email. No one appeared on behalf of Plaintiffs, and the status conference could not proceed.

**IT IS THEREFORE ORDERED** that no later than **May 5, 2016, at 5:00 p.m.,** attorneys James Hayes and Charles McElhinney shall show cause, in writing, why they should

not be sanctioned for their failure to appear at the telephonic status conference set for April 21, 2016, in accordance with the Court's Order Setting Telephonic Status Conference [Doc. 22].

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**