# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**CARLOS PRECIADO and**
**PATRICIA PRECIADO,**

      **Plaintiffs,**

**v.**                                                            **No. 15-cv-0626 RB/SMV**

**DANIEL HARTZOG,**
**GENE WILFERD, and**
**GENE WILFERD TRUCKING,**

      **Defendants.**

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:         June 6, 2016, at 1:30 p.m.

**Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **June 6, 2016, at 1:30 p.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]  Parties shall be prepared to discuss whether to schedule a settlement conference.  Counsel are reminded to have their calendars available for the hearing.

**IT IS SO ORDERED.**

                                             _____
                                             **STEPHAN M. VIDMAR**
                                             **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.